## DEHLER et al. v. DEANS and SCHOTT.

(Decided June 5, 1931.)

MAX I. GREENSTEIN for movants.

LAWRENCE S. GRAUMAN opposed.

PER CURIAM. Judgment on a note. Matter in controversy less than $300.

Appeal denied; judgment affirmed.

## FREEMAN v. PREUSS.

(Decided June 12, 1931.)

LOW & BRYANT and ADRIAN WEINSTEIN for movant.

J. S. GOLDEN opposed.

PER CURIAM. Judgment for $350, with interest from September 16, 1930, until paid for damage.

Appeal denied; judgment affirmed.

## GAUTIER'S ADM'X et al. v. CONKLE et al.

(Decided June 12, 1931.)

CHARLES FERGUSON for movant.

J. R. WELLS and H. PATE WELLS opposed.

PER CURIAM. Judgment for $450.00 for services rendered under contract.

Appeal dismissed.

## STRODE v. HARDWICK et al.

(Decided June 12, 1931.)

WILLIAM J. BAXTER for movant.

BAILEY D. BERRY opposed.

PER CURIAM. Judgment for $126.73, with interest from October 1, 1928, at 6 per cent.; also $126.73, with 6 per cent. interest from October 1, 1929; also $126.73, with 6 per cent. interest from October 1, 1930, and cost for street assessment paid.

Appeal denied; Judgment affirmed.